RECEIP...
AMOUNT $__250
SUM...S ISSUED__✓ ✓
LO... RULE 4.1
WAI...R FORM____
MCF ISSUED____
BY DPTY CLK. M...
DATE__5-3-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| QSL CORPORATION and CKQ DESIGNS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. ) |
| CATALOG FAVORITES, | ) ) |
| Defendant. | ) ) ) |

Civil Action No.

**05 - 10909 P...**

MAGISTRATE JUDGE _Dein_

## COMPLAINT AND JURY DEMAND

Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC., by their undersigned attorneys, by way of Complaint herein, allege as follows:

1.   Plaintiff QSL CORPORATION is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

2.   Plaintiff CKQ DESIGNS, INC. is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

3.   On information and belief, Defendant CATALOG FAVORITES is a Massachusetts company having a place of business at 222 Mill Road, Chelmsford  Massachusetts  01824 and a postal address at Post Office Box 3355, Chelmsford, MA  01824-0935.

- 1 -

4.    This court has subject matter jurisdiction over this action
pursuant to 28 U.S.C. §§ 1331 in that the Complaint sets forth a
count for patent infringement under Title 35 of the United States
Code.

5.    Venue is proper in this judicial district pursuant to
28 U.S.C. §§ 1391 and 1400.

6.    Plaintiff QSL CORPORATION is the exclusive licensee, and
Plaintiff CKQ Designs, Inc. is the assignee, of U.S. Patent No. 501,
205 entitled "Holder/Charging Stand for a Mobile Phone or the Like,"
which Patent duly issued on January 25, 2005 (the "'205 patent").    A
true copy of the '205 Patent is attached hereto as Exhibit A.

7.    Plaintiffs have the exclusive rights to make, use, offer
for sale, and sell mobile phone holders and/or charging stands
embodying the invention of the '205 Patent.

8.    On information and belief, Defendant has been and is
making, using, offering for sale, and and/or selling, mobile phone
holders and/or charging stands embodying the invention of the '205
Patent, without authorization from Plaintiffs.

9.    Said actions of Defendant constitute infringement of the
'205 Patent under 35 U.S.C. § 271.


WHEREFORE, Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC.
demand judgment as follows against the Defendant:

A.    That this court preliminarily and permanently enjoin Defendant, from the manufacture, use, offer for sale, and sale of products that infringe the '205 Patent.

B.    That Defendant provide an accounting for damages regarding its manufacture, use, offer for sale, and sale of the infringing products.

C.    That Plaintiffs be awarded damages adequate to compensate for the infringement, including Defendant's profits pursuant to 35 U.S.C. § 239, but in no event less than a reasonable royalty, together with interest and costs.

D.    That this Court grant such other order and further relief as it deems just and proper.


### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs hereby demand trial by jury of all issues so triable.

                    QSL CORPORATION and
                    CKQ DESIGNS, INC.


                    _____
                    John L. Welch   BBO No. 522,040
                    Ian J. McLoughlin   BBO No. 647,203
                    FOLEY HOAG LLP
                    155 Seaport Boulevard
                    Boston, MA  02210
                    617/832-1000

- 3 -



US00D501205S

(12) **United States Design Patent**
Quinn

(10) Patent No.: **US D501,205 S**
(45) Date of Patent: ** **Jan. 25, 2005**

(54) **HOLDER/CHARGING STAND FOR A MOBILE PHONE OR THE LIKE**

(75) Inventor: Kevin J. Quinn, Methuen, MA (US)

(73) Assignee: CKO Designs, Inc., Dracut, MA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/201,860

(22) Filed: Mar. 22, 2004

(51) LOC (7) Cl. ..................................... 14-03
(52) U.S. Cl. ................................. D14/253
(58) Field of Search .......................... D14/137, 434,
D14/138, 447, 148, 147, 149–151, 140–142,
240, 241, 251–253, 451, 218; 379/426,
449, 419, 420.01–420.04, 428.01–428.04,
440, 454, 455, 446; 455/550.1–90.3; D13/107,
108; 224/670, 197, 271; D3/218; 248/221.11,
231.81; 320/110–115

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D206,590 S | * 1/1967 | Haggstrom | D13/108 |
| 3,644,873 A | * 2/1972 | Dalton et al. | 439/299 |
| D275,482 S | * 9/1984 | Coons et al. | D14/253 |
| 4,741,034 A | * 4/1988 | Errichiello et al. | 379/455 |
| D313,221 S | * 12/1990 | Skully et al. | D13/108 |
| D334,384 S | * 3/1993 | Nye | D14/149 |
| D345,728 S | * 4/1994 | Tyneski et al. | D13/108 |
| D352,282 S | * 11/1994 | Toh et al. | D14/150 |
| D357,990 S | * 5/1995 | Cheng et al. | D26/38 |
| 5,479,486 A | * 12/1995 | Saji | 455/573 |
| D368,892 S | * 4/1996 | Tanaka | D13/108 |
| D369,163 S | * 4/1996 | Leung et al. | D14/150 |
| D369,344 S | * 4/1996 | Lindeman et al. | D13/108 |
| 5,525,888 A | * 6/1996 | Toya | 320/111 |
| D385,252 S | * 10/1997 | Snyder et al. | D13/108 |
| D396,033 S | * 7/1998 | Ahearn et al. | D14/457 |
| D399,244 S | * 10/1998 | Coveley | D18/12 |
| 5,946,637 A | * 8/1999 | Umbach et al. | 455/573 |
| D417,431 S | * 12/1999 | Okura et al. | D13/108 |
| D422,556 S | * 4/2000 | Okura et al. | D13/107 |
| D428,597 S | * 7/2000 | Murata et al. | D13/108 |
| 6,130,521 A | * 10/2000 | Collins et al. | 320/115 |
| D433,991 S | * 11/2000 | Buchin et al. | D13/108 |
| D451,498 S | * 12/2001 | Rossel | D14/218 |
| D460,446 S | * 7/2002 | Hughes et al. | D14/253 |
| D463,361 S | * 9/2002 | Ruohonen | D13/108 |
| 6,509,716 B2 | * 1/2003 | Yi | 320/115 |
| D471,578 S | * 3/2003 | Okuley | D16/242 |
| 6,534,953 B2 | * 3/2003 | Shirakawa | 320/114 |
| D475,346 S | * 6/2003 | McCurrach et al. | D13/108 |
| D477,823 S | * 7/2003 | Lavello, Sr. | D14/253 |
| D480,393 S | * 10/2003 | Toor et al. | D14/253 |
| D486,786 S | * 2/2004 | Eroma et al. | D13/108 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | DM/061400 | * 7/2002 | |

* cited by examiner

Primary Examiner—Jeffrey Asch
(74) *Attorney, Agent, or Firm*—John L. Welch

(57) **CLAIM**

The ornamental design for a holder/charging stand for a mobile phone or the like, as shown and described.

**DESCRIPTION**

FIG. 1 is perspective view of the holder/charging stand for a mobile phone or the like according to our new design, as seen from the left front corner thereof.
FIG. 2 is right side elevational rear view thereof, the left side elevational view being a mirror image thereof.
FIG. 3 is a front elevational view thereof; and,
FIG. 4 is a top plan view thereof.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          **Jan. 25, 2005**          **US D501,205 S**



FIG. 1




FIG. 4



FIG. 3



FIG. 2

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC.

### DEFENDANTS
CATALOG FAVORITES

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Middlesex**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John L. Welch and Ian J. McLoughlin
Foley Hoag LLP
155 Seaport Boulevard  Boston, MA 02210-2600
617-832-1000

ATTORNEYS (IF KNOWN)

05-10909 P

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. GOVERNMENT Plaintiff
- [ ] 2 U.S. GOVERNMENT Defendant
- [x] 3 FEDERAL QUESTION (US Government Not a Party)
- [ ] 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY.)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholder Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury | **PERSONAL INJURY**<br>[ ] 362 Personal Injury - Medical Malpractice<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 610 Agriculture<br>[ ] 620 Other Food & Drug<br>[ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 630 Liquor Laws<br>[ ] 640 R.R. & Truck<br>[ ] 650 Airline Regs<br>[ ] 660 Occupational Safety Health<br>[ ] 690 Other<br><br>**LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Mgmt. Relations | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[x] 830 Patent<br>[ ] 840 Trademark<br><br>**SOCIAL SECURITY**<br>[ ] 861 HIA (1395 ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 D/WC, DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commercial/ICC Rates/etc.<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced & Corrupt Organizations<br>[ ] 810 Selective Service<br>[ ] 850 Securities/Commodities/Exchange<br>[ ] 875 Customer Challenge 12 USC 3410<br>[ ] 891 Agricultural Acts<br>[ ] 892 Economic Stabilization Act<br>[ ] 893 Environmental Matters<br>[ ] 894 Energy Allocation Act |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/Accommodations<br>[ ] 444 Welfare<br>[ ] 440 Other Civil Rights | **PRISONER PETITIONS**<br>[ ] 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act<br>[ ] 740 Railway Labor Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS — Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act<br>[ ] 900 Appeal of Fee Determination Under Equal Access to Justice<br>[ ] 950 Constitutionality of State Statutes<br>[ ] 890 Other Statutory Actions |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Plaintiffs allege that Defendant has infringed their patent and rights under 35 U.S.C. § 271.

## VII. REQUESTED IN
COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] YES   [ ] NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  5/3/05

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT# _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)  <u>QSL CORPORATION d/b/a WAXCESSORIES and</u>
    <u>CKQ DESIGNS, INC. v. CATALOG FAVORITES</u>

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE
    CIVIL COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

    ☐   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☒   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950          for patent, trademark or copyright cases

    ☐   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ☐   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ☐   V.    150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES.  (SEE LOCAL RULE 40.1(E)).

    <u>QSL Corporation, et al. v. Figi Acquisition Company LLC - USDC - District of MA, C.A. No. 05-cv-10395</u>

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?                                                                    YES ☐       NO ☒

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING
    THE PUBLIC INTEREST?   (SEE 28 USC 2403)                                  YES ☐       NO ☒
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?  YES ☐       NO ☐

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO
    TITLE 28 USC 2284?                                                        YES ☐       NO ☒

7.  DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS
    <u>(WORCESTER COUNTY)</u> - (SEE LOCAL RULE 40.1(C))                          YES ☐       NO ☒
    OR IN THE WESTERN SECTION (<u>BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES</u>)?
    (SEE LOCAL RULE 40.1(D))                                                  YES ☐       NO ☒

8.  DO <u>ALL</u> OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF
    THE DISTRICT?                                                             YES ☐       NO ☒
    (a)    IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9.  IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?  <u>EASTERN</u>

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY
    GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE

    CENTRAL SECTION;    YES ☐    NO ☐      OR WESTERN SECTION;    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME <u>John L. Welch and Ian J. McLoughlin</u>

ADDRESS <u>Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600</u>

TELEPHONE NO. <u>(617) 832-1000</u>

(Categfrm.rev-3/97)   1995557