UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION and CKQ DESIGNS, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> CATALOG FAVORITES, <br><br>   Defendant. | ) ) ) ) ) ) ) Civil Action No. ) ) 05-10909 PBS ) ) ) |

MAGISTRATE JUDGE _____

**PLAINTIFFS' CORPORATE DISCLOSURE**

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

                                QSL CORPORATION d/b/a WAXCESSORIES

                                _____
                                John L. Welch, BBO No. 522,040
                                Ian J. McLoughlin, BBO No. 647,203
                                FOLEY HOAG LLP
                                155 Seaport Boulevard
                                Boston, MA  02210
                                617/832-1000

Dated: May 3, 2005

B3026892.1

- 1 -